JS-6

FAYER GIPSON LLP
A Limited Liability Partnership
ELLIOT B. GIPSON (State Bar No. 234020)
EGipson@fayergipson.com
GREGORY A. FAYER (State Bar No. 232303)
GFayer@fayergipson.com
MINH Z. KUO (State Bar No. 287489)
MKuo@fayergipson.com
2029 Century Park East, Suite 3535
Los Angeles, California 90067
Telephone: (310) 557-3558
Facsimile:  (310) 556-3589

Attorneys for Plaintiff
WORLD GYM INTERNATIONAL IP, LLC,
A Delaware limited liability company

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| World Gym International IP, LLC, A Delaware Limited Liability Company,<br><br>    Plaintiff,<br><br>  v.<br><br>Muscle World Gym Locust Grove LLC, a Georgia Limited Liability Company; Robert Jordan, a Natural Person; and DOES 1-10, inclusive,<br><br>    Defendants. | CASE NO. 2:13-cv-00280 ABC (RZx)<br><br>**[PROPOSED] STIPULATED JUDGMENT AND ORDER FOR PERMANENT INJUNCTION** |

---

**[PROPOSED] STIPULATED JUDGMENT AND ORDER**

# [~~PROPOSED~~] STIPULATED JUDGMENT AND ORDER FOR PERMANENT INJUNCTION

The Court, having considered the Stipulated Judgment consented to by Plaintiff World Gym International IP, LLC ("Plaintiff") and Defendants Muscle World Gym Locust Grove LLC and Robert Jordan (together, the "Defendants") (collectively, the "Parties") hereby **ORDERS, ADJUDGES, AND DECREES THAT:**

1. This Court has subject matter jurisdiction over this action pursuant to 15 U.S.C. §§ 1116, 1121, 1125(a), 1125(b) and 28 U.S.C. §§ 1338.

2. This Court has personal jurisdiction over Defendants.

3. Venue is proper in the Central District of California pursuant to 28 U.S.C. §§ 1391(b)(2).

4. The Court finds that Plaintiff is the owner of the trademarks and service marks for WORLD, and WORLD GYM as referenced in U.S. registration nos. 1354193, 1783000, 1791584, 1911887, 2268311 and 2499267 (collectively, the "WORLD Marks").

5. The Court finds that Defendants have consented to the entry of a permanent injunction pursuant to 15 U.S.C. § 1051 et seq., section 43(a) of the Lanham Act, 15 U.S.C. §§ 1125(a) and 1125(b), to prohibit Defendants from using or infringing upon Plaintiff's trademarks and service marks for the WORLD Marks.

6. Defendants, individually and along with their assignees, transferees, employees, agents, owners and representatives, and all other persons, firms or entities acting in concert or participation with it, is permanently enjoined from using the mark MUSCLE WORLD GYM or any derivation thereof utilizing the WORLD Marks in connection with gym and fitness centers in any manner, including but not limited to enjoining them from:

   i. Using, displaying, advertising, or promoting the MUSCLE WORLD GYM and/or WORLD Marks in connection with any gym or fitness services;

    ii. Using, displaying, advertising, or promoting the MUSCLE WORLD GYM and/or WORLD Marks in connection with any goods or services related to gym and fitness services, including without limitation gym or fitness clothing, equipment, and/or nutritional supplements; and

    iii. Assisting any other person or entity from engaging in the conduct described in subparagraphs (i) and (ii) above.

7. Defendants shall have thirty (30) days from the entry of this Stipulated Judgment to comply with the provisions of paragraph 12 above.

8. The Court shall retain jurisdiction over this action to implement and enforce this stipulated judgment and permanent injunction and all other decrees and orders necessary or appropriate.

9. Plaintiff may conduct post-judgment discovery to monitor Defendants' compliance with the terms of this Stipulated Judgment. Nothing in this order shall be construed to limit or prevent Plaintiff from conducting discovery of Defendants otherwise permitted under the Federal Rules of Civil Procedure.

10. Each Party to this Stipulated Judgment shall bear its own costs and attorneys' fees.

11. The Parties hereby consent to the entry of the foregoing Stipulated Judgment, which shall constitute a final judgment and order in this matter.

**JUDGMENT IS THEREFORE ENTERED** in favor of Plaintiff and against Defendants pursuant to the terms and conditions recited above.

**IT IS SO ORDERED** this <u>18th</u> day of <u>March, 2013</u>

_____
The Hon. Audrey B. Collins
United States District Judge
Central District of California